IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HINABEN CHAUDHARI et al,<br><br>Defendant. | 4:25CR3071<br><br>BILL OF PARTICULARS |

The United States of America, by and through its undersigned counsel, provides the following particulars concerning Count XXIII of the Indictment, which charges Defendant with conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), pursuant to this Court's Memorandum and Order (Doc. #313):

1. Ketankumar Chaudhari, Rashmi Samani, Hinaben Chaudhari, Jayeshkumar Chaudhari, and other co-conspirators owned and operated interconnected businesses, specifically hotels and brow salons, in a manner consistent with a coordinated enterprise.
2. Hotels owned by members of the conspiracy include, but are not limited to:
   a. EconoLodge in Urbandale, Iowa, purchased on or about December 20, 2017, and sold September 5, 2024, operated under Ambica21 LLC.
   b. Inn and Suites, formerly known as Super 8, at 9305 S. 145th Street in Omaha, Nebraska, purchased on or about March 8, 2019;
   c. New Victorian Inn and Suites at 10728 L Street in Omaha, Nebraska, purchased on or about April 9, 2021;

d. Rodeway Inn at 1110 Fort Crook Road in Bellevue, Nebraska, purchased on or about March 10, 2023; and

e. AmericInn at 2920 S. 13th Court in Omaha, Nebraska, purchased on or about June 15, 2023.

3. Lodging-related financial proceeds from the operation of hotels owned by members of the conspiracy is attributable to specified unlawful activity, specifically: sex trafficking in violation of Title 18, United States Code, Section 1591, maintaining a drug premise in violation of Title 21, United States Code Section 856, labor trafficking in violation of Title 18, United States Code, Section 1589, and harboring aliens in violation of Title 8, United States Code, Section 1324.

4. Ketankumar Chaudhari, Rashmi Samani, Hinaben Chaudhari, Jayeshkumar Chaudhari, and other members of the conspiracy were aware that hotels owned by members of the conspiracy were used for harboring and employing undocumented individuals. These undocumented individuals were transported between properties controlled by members of the conspiracy and placed into work roles without legal authorization. By operating the hotels using the un- and under-compensated labor of undocumented foreign nationals, members of the conspiracy reduced operating costs and increased equity used to further promote and sustain the money laundering scheme.

5. Members of the conspiracy allowed individuals to use the hotels for drug use, drug trafficking, and sex trafficking to increase their lodging-related proceeds to further promote and sustain the money laundering scheme.

6. Proceeds from hotels and brow salons owned by members of the conspiracy were moved between related entities, nominee accounts, and personal accounts in a manner intended to obscure the original source of the proceeds.

7. Some obscured funds were reinvested by members of the conspiracy. Members of the conspiracy also engaged in a continuing scheme whereby equity from previously acquired hotels was used to finance subsequent hotel purchases, creating a rolling series of transactions designed to layer and integrate proceeds derived from specified unlawful activity. Specifically, members of the conspiracy utilized layered financial transactions designed to obscure the true source of funds for the acquisition of hotels outlined in paragraph 2c through 2e:

    a. New Victorian was purchased through Bapa Maharaj LLC. Approximately $808,351.83 of non-loan funds due at closing were paid as follows: approximately $250,000 from Gogo Bapo LLC, which was formed in Wisconsin, and is registered in California with a registered agent, Amit Chaudhary, in California, and a physical address of the Super 8 discussed above; a Wells Fargo cashier's check from Ketankumar Chaudhari; approximately $260,000 from account X438 owned by Ketankumar Chaudhari and Rashmi Samani—traced to two checks deposited on February 24, 2021, in the amounts of approximately $125,000 and approximately $85,000 from Ketankumar Chaudhari DBA TKC & KFKC LLC (cell phone kiosks); and approximately $98,351 from Maharaj Bapa LLC (Super 8).

b. Rodeway was purchased through Bapaji Maharaj LLC. Approximately $654,675 in non-loan closing funds were paid as follows: approximately $240,000 from Bapa Gogaji LLC in Georgia; approximately $207,337.89 from account X438 of Ketankumar Chaudhari and Rashmi Samani; approximately $207,337.90 from account X351 of Ketankumar Chaudhari and Rashmi Samani; and approximately $50,000 from account X351 of Ketankumar Chaudhari and Rashmi Samani.

c. AmericInn was purchased through Jay Maharaj LLC. Approximately $1,108,758 in non-loan closing fees came from seven different deposits: a transfer of approximately $76,000 from account X351 of Ketankumar Chaudhari and Rashmi Samani, approximately $80,000 from account X998 of Ketankumar Chaudhari; approximately $180,000 from account X007 of Ketankumar Chaudhari and Rashmi Samani; approximately $100,000 from Bapaji Maharaj LLC (Rodeway) account; approximately $120,000 from Bapa Maharaj LLC (New Victorian) account; approximately $473,229 from a loan for Maharaj Bapa Super 8 but went to "cash out equity in Jay Maharaj" (AmericInn); and approximately $125,000 came from Jay Sadhi MAA LLC, an account owned by Ketankumar Chaudhari and Rashmi Samani containing deposits from brow salons in around the country, including LA.

d. Additional transactions involving Bapa Gogaji LLC in Georgia:

   i. August 15, 2022, $111,950 deposited into Jay Arbuda account;

ii. March 21, 2023, $32,297 deposited into account X351 owned by Ketankumar Chaudhari and Rashmi Samani;

iii. June 20, 2023, $60,000 deposited into account X351 owned by Ketankumar Chaudhari and Rashmi Samani;

iv. January 17, 2024, $18,316 deposited into Jay Arbuda account;

v. July 18, 2024, $60,000 deposited into account X351 owned by Ketankumar Chaudhari and Rashmi Samani.

vi. January 13, 2025, $73,842 deposited into Jay Arbuda account.

8. Brow salons owned by members of the conspiracy functioned as complementary businesses within the same enterprise, providing an additional mechanism for cash generation, fund commingling, and employment of undocumented workers. Many of the brow salons in Nebraska were operated under the Jay Arbuda LLC, co-owned by Ketankumar Chaudhari and Hinaben Chaudhari. Transactions associated with the brow salons include:

   a. On August 22, 2025, a $25,000 check from Aazad LLC in Georgia was deposited into Hinaben Chaudhari's Brow Beauty LLC account at Wells Fargo.

   b. On August 28, 2025, $4,000 was transferred into Hinaben Chaudhari's Brow Beauty LLC from Hinaben Chaudhari's business checking account.

   c. On August 28, 2025, $29,510 was withdrawn from Hinaben Chaudhari's Brow Beauty LLC by Hinaben Chaudhari.

9. Throughout their ownership and operation of the hotels, members of the conspiracy were aware of transaction reporting obligations and specifically acted to avoid them, repeatedly structuring deposits to avoid triggering reporting requirements, including:

    a. On September 13, 2024, Ketankumari Chauhdari and Rashmi Samani deposited $29,000 in cash but again spread out over three accounts with no deposits more than $10,000; and

    b. On October 8, 2024, Ketankumari Chauhdari and Rashmi Samani deposited $30,000 over three accounts with no deposits more than $10,000.

10. Members of the conspiracy would also convert portions of cash into high-value, easily transferable assets such as gold and jewelry. Members of the conspiracy would conceal substantial amounts of cash, gold, and jewelry in safe deposit boxes to avoid detection and scrutiny by financial institutions and law enforcement. Safe deposit boxes utilized by members of the conspiracy included:

    a. A safe deposit box at Wells Fargo Bank leased by Hinaben Chaudhari in or about December 2021;

    b. A safe deposit box at Central Bank leased by Jayeshkumar Chaduhari in or about March 2022;

    c. A safe deposit box at Premier Bank leased by Ketankumar Chaudhari in or about January 2023;

    d. A safe deposit box at Premier Bank leased by Rashmi Samani in or about January 2023;

e. A safe deposit box at Premier Bank leased by Hinaben Chaudhari in or about February 2023;

f. Two safe deposit boxes at Pinnacle Bank, one leased by Ketankumari Chauhdari and one leased by Rashmi Samani in or about April 2024, that in August 2025 were found to contain: $200,000 in cash and thirty bags of gold jewelry (with an estimated value over $500,000);

   i. On July 23, 2023, check #1015 for $44,900 was written to Regal Jewels in Chicago from the Jay Maharaj LLC (AmericInn) checking account. The check cleared on July 25, 2023.

   ii. On July 23, 2023, check #1014 for $1,225 was written to Regal Jewels in Chicago from the Jay Maharaj LLC (AmericInn) checking account. That check cleared on July 25, 2023.

   iii. On July 24, 2023, Ketankumar Chaudhari made a $44,000 cash deposit into the Jay Maharaj LLC account.

g. A safe deposit box at Grinnell State Bank, leased by Hinaben Chaudhari in or about August 2024.

11. On March 11, 2022, $200,000 was wired to Mumbai, India. The funds were transferred from Wells Fargo Account X9762 owned by Jayeshkumar Chaudhari and the beneficiary was listed as Hinaben Chaudhari.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney

By: s/ Kelli L. Ceraolo
KELLI L. CERAOLO, #25218
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: kelli.ceraolo@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Kelli L. Ceraolo
Assistant U.S. Attorney